**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION**

**CRIMINAL NO. 2:99CR123**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **MADISON RUFUS HALL** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the supervised release violation hearing from the June 16, 2005, calendar.

The Court has been advised that the Defendant is currently incarcerated in another jurisdiction and currently unavailable to this Court for adjudication.

**IT IS, THEREFORE, ORDERED** that this case is continued from the June 16, 2005, calendar.

**Signed: June 20, 2005**

Lacy H. Thornburg
United States District Judge